# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KATRINA HARBERT, <br><br> Plaintiff, <br><br> v. <br><br> JAMES BOONE TRUCKING, INC. d/b/a SEMINOLE EXPRESS, <br><br> Defendant. | Civil Action File No. |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, James Boone Trucking, Inc. d/b/a Seminole Express (hereinafter "Defendant"), named defendant in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

**1.**

Plaintiff Katrina Harbert (hereinafter "Plaintiff") filed suit against the above named defendant in the State Court of Fulton County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 22-EV-002482. (*See generally* Plaintiff's Complaint).

**2.**

The Complaint alleges an amount in controversy in excess of $75,000.00.

(Plaintiff's Complaint at ¶ 22).

3.

Defendant's Notice of Removal is being filed within 30 days of Defendant's notice of the Complaint pursuant to the requirements of 28 U.S.C. § 1446(b)(1).

4.

Plaintiff is currently a citizen of, resident of and domiciled in the State of Georgia. (*See* Plaintiff's Complaint at ¶ 1).

5.

Defendant is a foreign entity incorporated in Alabama and with its principal place of business in Alabama.

6.

Therefore, complete diversity exists between Plaintiff and Defendant. 28 U.S.C. § 1332(a)(1); *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998).

8.

Defendant consents to this Notice of Removal.

9.

Thus, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the

United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendant/Petitioner pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

**10.**

A copy of the Complaint and Summons, Plaintiff's First Request for Admissions, Plaintiff's First Interrogatories, Plaintiff's First Request for Production of Documents, and Plaintiff's Affidavit of Service are attached hereto as Exhibits A-E to Defendant's Notice of Removal and these documents are the only process, pleadings and/or orders served upon Defendant prior to filing the Notice of Removal. In addition, Defendant answered the lawsuit in the state court action referenced above and a copy of Defendant's Answer & Demand for Jury Panel of Twelve are attached to Defendant's Notice of Removal as Exhibit "F."

WHEREFORE, Defendant prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

*(Signature on following page)*

This 31st day of May, 2022.

        Respectfully submitted,
        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Elizabeth L. Bentley*
By: _____
        ELIZABETH L. BENTLEY, ESQ.
        State Bar No.: 828730
        **Swift, Currie, McGhee & Hiers, LLP**
        1355 Peachtree Street NE, Suite 300
        Atlanta, Georgia 30309
        (404) 874-8800 Phone / (404) 888-6199 Fax
        *beth.bentley@swiftcurrie.com*
        ***Attorney for the Defendant***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KATRINA HARBERT,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES BOONE TRUCKING, INC.<br>d/b/a SEMINOLE EXPRESS,<br><br>    Defendant. | Civil Action File No. |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant's Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record and parties as follows:

Lisa McNary, Esq. & Alwyn Fredericks, Esq.
CASH, KRUGLER & FREDERICKS
5447 Roswell Road, NE
Atlanta, GA 30342
afredericks@ckf.law
lmcnary@ckf.law
Attorneys for Plaintiff

*(Signature on following page)*

This 31st day of May, 2022.

                  */s/ Elizabeth L. Bentley*
By: _____
      ELIZABETH L. BENTLEY, ESQ.
      State Bar No.: 828730
      **SWIFT, CURRIE McGHEE & HIERS, LLP**